**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**[ATLANTA/GAINESVILLE/NEWNAN/ROME DIVISION]**

**Sherman Marquis Neal**
Debtor.

Case No. 26-41184

Chapter 7

**LANDLORD'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW **Horizon Strategies, LLC**("Movant"), by and through undersigned counsel (or "pro se," if applicable), and pursuant to 11 U.S.C. § 362(d), respectfully moves this Court for relief from the automatic stay to continue a dispossessory proceeding involving the residential property located at:

**19 Mull Street, Cartersville, GA 30120**

In support of this Motion, Movant states as follows:

**1. Parties**

1. Movant is the landlord of the residential property located at 19 Mull Street, Cartersville, GA 30120
2. Debtor is the tenant under a written residential lease dated 06.20.2025 to 06.30.2026.

**2. Bankruptcy Case**

3. Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on 07.13.2026.
4. The automatic stay imposed by 11 U.S.C. § 362 is currently in effect.

**3. Lease Default**

5. Debtor failed to pay rent due for the following months:

- April 2026
- May 2026
- June 2026
- July 2026

6. As of the bankruptcy filing date, Debtor owed $_7600.00 in unpaid pre-petition rent.

**4. Dispossessory Proceeding**

7. Prior to (or following) the bankruptcy filing, Movant initiated a dispossessory proceeding in the _Magistrate__ Court of _Bartow__ County, Georgia.

8. Court Case No. 2026-936CD

9. Because of the bankruptcy filing, the state court proceeding cannot continue unless relief from the automatic stay is granted or another exception applies.

**5. Cause Exists for Relief**

9. Cause exists under 11 U.S.C. § 362(d)(1) because:

- Debtor materially defaulted under the lease by failing to pay rent;
- The lease is in default;
- Movant seeks only to recover possession of the premises and continue the pending dispossessory action;
- Continued delay causes Movant ongoing financial harm.

10. Movant requests authority to continue the pending dispossessory action in state court, including obtaining possession of the premises as permitted by Georgia law.

**WHEREFORE**

Movant respectfully requests that this Court enter an Order:

1. Granting relief from the automatic stay under 11 U.S.C. § 362(d);
2. Authorizing Movant to continue the pending dispossessory action in the appropriate Georgia court;
3. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

---

**Landlord**

Horizon Strategies, LLC

114 Old Mill Road, Cartersville, GA 30120

678.848.6623

admin@horizonstg.com

Landlord for Movant

---

**Certificate of Service**

I certify that on this _27_ day of _July__, **2026**, I served a copy of this Motion upon:

- Debtor
- Debtor's bankruptcy attorney
- Chapter 7 Trustee
- All other parties entitled to notice under the Federal Rules of Bankruptcy Procedure

by:

☐ U.S. Mail
☐ CM/ECF
X Other: EMAIL

---

Signature ____________ Horizon Strategies, LLC